BEFORE THE FIRST DIVISION, NOVEMBER 19, 1964

No. 68893.—Louis Marx & Co. et al. *v.* United States, protests 328120–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.